# Court of Appeals
## Tenth Appellate District of Texas

10-25-00015-CV

Laura Corina Martinez Tovar,
Appellant

v.

Robert Belk, Liberty Mutual Insurance Company, Safeco Insurance,
Appellees

On appeal from the
249th District Court of Johnson County, Texas
Judge Tiffany Strother, presiding
Trial Court Cause No. DC-C202300317

JUSTICE SMITH delivered the opinion of the Court.

## MEMORANDUM OPINION

The Appellant's brief was due on April 28, 2025. On May 1, 2025, by letter from the Clerk of this Court, Appellant was notified that her brief was late and that "unless a response showing grounds for continuing this appeal is filed by appellant or any party desiring to continue this appeal on or before Thursday, May 22, 2025, the court may dismiss the appeal for want of prosecution."

Appellant has not responded to the Clerk's letter. Accordingly, this appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 42.3 (b),(c).

STEVE SMITH
Justice

OPINION DELIVERED and FILED:  June 5, 2025

Before Chief Justice Johnson,
      Justice Smith, and
      Justice Harris
Appeal dismissed
CV06

